UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Romero Thomas,

    Plaintiff,

v.

Kimberly F. Miles, et. al.,

    Defendants.
    _____/

Case No. 14-13107

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [30]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [30]. Proceeding *in forma pauperis*, Plaintiff filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging malicious prosecution in violation of both the United States Constitution and state law and a *Brady* violation. The Magistrate Judge recommended the Court dismiss Plaintiff's federal constitutional claims under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted and decline to exercise supplemental jurisdiction over his state law claims. Plaintiff did not file any objections. Nevertheless, the Court has reviewed the Magistrate Judge's report and agrees with her recommendation.

Accordingly, being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's federal constitutional claims are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which

relief can be granted. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and DISMISSES them WITHOUT PREJUDICE.

    SO ORDERED.

        S/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  April 24, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 24, 2015, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager